# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Gino Gambino<br>AKA<br>Gino V. Gambino, Gino V. Andolini, Gino V. Gambino-Andolini, Gino V. Gambino Andolini, Daniel Andre Hamilton<br>*Defendant* | Case No. SA-14-CR-00050-FB (1)<br>TNMD No.: 23-mj-1061 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Gino Gambino,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

PB-12C VIOLATIONS OF SUPERVISED RELEASE: (SEE ATTACHED PETITION)

Date: 03/14/2022

*Issuing officer's signature*

City and state:    San Antonio, Texas

Natasha A. Martinez, U.S. Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/27/2023, and the person was arrested on *(date)* 2/27/2023
at *(city and state)* Nashville, TN

Date: 2/27/2023

*Arresting officer's signature*

DUSM Cordell Frazier
*Printed name and title*